998

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**UNIVERSITY OF MANITOBA,**
Plaintiff–Appellant

v.

**DRAEGER MEDICAL, INC.,**
Defendant–Appellee.

No. 2014–1713.

United States Court of Appeals,
Federal Circuit.

March 9, 2015.

**Maureen WASHBURN, Petitioner**

v.

**DEPARTMENT OF VETERANS
AFFAIRS, Respondent.**

No. 2014–3097.

United States Court of Appeals,
Federal Circuit.

March 9, 2015.

George C. Summerfield, Jr., Stadheim & Grear, Ltd., Chicago, IL, argued for plaintiff-appellant. Also represented by Rolf Stadheim, Christopher H. St. Peter.

Wayne Alan Jones, JonesIP Group, Plano, TX, argued for defendant-appellee. Also represented by Dusty S. Vogelpohl.

PROST, Chief Judge, TARANTO, Circuit Judge, and FOGEL, District Judge *.

Colin Walsh, Rob Wiley, P.C., Austin, TX, argued for petitioner.

Elizabeth Anne Speck, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Jane Wallace Vanneman, Joyce R. Branda, Robert K. Kirschman, Jr., Kirk Manhardt.

PROST, Chief Judge, TARANTO, Circuit Judge, and FOGEL, District Judge.*

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.